Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB -5 PM 3:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others
vs
CALIFORNIA DEPARTMENT OF EDUCATION, A State Agency,
           Defendant.

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0226 W AJB

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ellen Dowd, Esq.
Special Education Legal Center
2658 Del Mar Heights Road #228
Del Mar, CA 92014

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    FEB 0 5 2008
                                          DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

COPY