Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360
Fax (858) 755-6348
ellendowd@sbcglobal.net

**Attorney for Plaintiff, C.S**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency,<br>  Defendant. | CASE NO.: 08 CV 0226 W (AJB)<br><br>PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>Date: To Be Set<br>Time: To Be Set<br>Judge: Hon. Thomas J. Whelan |

Plaintiff, C.S. ("Plaintiff"), through his attorney of record, hereby applies for a Temporary Restraining Order under Fed. R Civ. Proc. 65(b), immediately restraining Defendant, California Department of Education ("CDE") from renewing, awarding or otherwise contracting the Interagency Agreement for the provision of special education mediations and due process hearings for the term July 1, 2008-June 30, 2011, with California Office of Administrative Hearings, Special Education Division ("OAH"), in order to preserve the *status quo;* to wit: that the current Interagency Agreement No. 4427 for these due process services

between CDE and OAH will expire of its own terms on June 30, 2008, pending a hearing on a motion for preliminary injunction and/or permanent injunction herein.

This Application is made on the grounds that from the time of the inception of the current Interagency Agreement, May 25, 2005 to present, CDE has allowed OAH to violate the provisions of the Interagency Agreement, Individuals With Disabilities Education Act (IDEA), 20 U.S.C. § 1400 et seq., as well the provisions of the United States Constitution, and related state statutes, and state and federal regulations, all of which were intended to benefit disabled students and their parents, which has resulted in irreparable harm, and will continue to result in irreparable harm to Plaintiff, and Class Members similarly situated.

This Application is based upon the pleadings on file, the accompanying Memorandum of Points and Authorities, and Declarations submitted herewith, and supplemental declarations that may be submitted. This Application is made on notice to CDE, as set forth in the accompanying Certificate of Service.

Dated: February 19, 2008

Respectfully submitted,

Ellen Dowd, Attorney for Plaintiff, C.S.