# PROOF OF SERVICE

## C.S. v. CALIFORNIA DEPARTMENT OF EDUCATION
## 08 CV 0226 W (AJB)

STATE OF CALIFORNIA   )
COUNTY OF SAN DIEGO   )

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014.

On February 19, 2008 I caused to be served the foregoing documents described as **Plaintiff's Application For Temporary Restraining Order, Memorandum of Points and Authorities in Support of Temporary Restraining Order, Declaration of Ellen Dowd, Esq. in Support of Temporary Restraining Order, Declaration of Tania Whitleather, Esq. in Support of Temporary Restraining Order, USDC, SDCA Case No. 08 CV 0226 W (AJB),** on all interested parties in this action as follows:

Gregory Roussev, Esq.
California Department of Education

__X__ BY e-mail transmission the persons at the e-mail address above, and no error was reported in the transmission, and I received a confirmation transmission.

Executed on February 19, 2008 at San Diego, California.

__XX__ (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__Ellen Dowd__

_____
Signature