MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
GABRIEL C. VIVAS, State Bar No. 092434
Deputy General Counsel
GREGORY ROUSSEVE,
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155
gvivas@cde.ca.gov

Attorneys for Defendant California Department of Education

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, et al.,<br><br>  Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>  Defendant. | Case No. 08-CV-0226 W (AJB)<br><br>**DECLARATION OF GABRIEL C. VIVAS IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

I, Gabriel C. Vivas, declare under penalty of perjury:

1. I am an attorney licensed to practice law in California and I was admitted to practice before this Court on October 20, 1998.

2. I am employed by the California Department of Education (CDE) as a Deputy General Counsel and, in that capacity, I represent the defendant in this action.

///

Case No. 08-CV-0226 W (AJB)   1   Declara. of G. Vivas in Support of Deft's Ex Parte App. For Extension of Time to File Deft's Response to Plaintiffs' Application for TRO

3. On February 20, 2008, Deputy General Counsel Gregory Rousseve spoke with me that plaintiffs' counsel, Ms. Ellen Dowd, had sent him an electronic communication (hereinafter "e-mail) informing him that she filed a request for a Temporary Restraining Order (TRO). The e-mail had the pertinent pleadings attached.

4. That same day, Mr. Rousseve and I met with Assistant General Counsel Amy Holloway and thereafter Ms. Holloway sent an e-mail to plaintiffs' counsel advising her that the CDE had not yet been served with the summons and complaint and that the CDE's legal office would accept service. (See, Exhibit 2)

5. After researching the address on the Proof of Service and the person named on the Proof of Service on February 20, 2008, I discovered that the address on the Proof of Service that was included in the TRO documents sent to Mr. Rousseve indicated that plaintiffs had served Diane Hasey at a San Diego address. I contacted Ms. Hasey at a telephone number I found on an internet site. Ms. Hasey informed me that she is an employee of the San Diego County Office of Education (SDCOE) and that she recalled being served with a large stack of documents earlier in the month. She also said she told the process server that the SDCOE is not the party named in the documents and that she is not authorized to accept service on behalf of the CDE. Ms. Hasey told me that the process server then made a telephone call. After, he told her that the instructions from the attorney who hired him were to leave the documents with Ms. Hasey.

6. The CDE was not served with the summons and complaint until the late afternoon of February 25, 2008.

7. On February 26, 2008, I traveled from my office to San Luis Obispo where I appeared in court on the following day. I did not return to my office until February 28, 2008.

8. I telephoned plaintiffs' counsel on the morning of February 28, 2008 and spoke with her later that afternoon. During our conversation, I advised counsel of my concern with service of process and I proposed a 30-day extension of the dates in the Court's order of February 20, 2008. (See, Exhibit 3). At the end of our conversation, plaintiffs' counsel said she would convey my request to her client(s) and respond to my request.

///

Case No. 08-CV-0226 W (AJB)      2      Declara. of G. Vivas in Support of Deft's Ex Parte App. For Extension of Time to File Deft's Response to Plaintiffs' Application for TRO

9. On February 29, 2008, plaintiffs' counsel responded to my proposed extension of time with a counteroffer. As part of her counteroffer, plaintiffs included a set of conditions that, in my professional judgment, would jeopardize my client's case to an unreasonable degree.

Dated: March 5, 2008

                     /s/ Gabriel C. Vivas
                    GABRIEL C. VIVAS
                    Deputy General Counsel