EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
SUSAN K. LEACH, State Bar No. 231575
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-2105
 Fax: (213) 897-1071
 Email: Susan.Leach@doj.ca.gov

Attorneys for Ron Diedrich, in his official capacity as
Director and Chief Administrative Law Judge of the
State of California Office of Administrative Hearings

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency,<br><br>Defendant. | Case No. 08 CV0226 W AJB<br><br>**NOTICE OF EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION** [No Oral Argument Pursuant to Local Rule]<br><br>Judge: The Honorable Thomas J. Whelan |

TO THE HONORABLE THOMAS J. WHELAN and to all parties and their attorneys:

PLEASE TAKE NOTICE that applicant Ron Diedrich, in his official capacity as Director and Chief Administrative Law Judge of the State of California Office of Administrative Hearings ("OAH"), moves this Court for an order pursuant to Local Rule 7.1(e)(5) shortening time in which to hear OAH's motion permitting OAH to intervene by right in this action pursuant to Rule 24(a) of the Federal Rules of Civil Procedure and, in the alternative, permissive intervention pursuant to Rule 24(b) of the Federal Rules of Civil Procedure. OAH is asking that the Court treat this motion on an expedited basis so that the motion may be heard prior to the presently

NOTICE OF EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION

pending motion for temporary restraining order in order that applicant may respond to, and be heard at, the hearing for the temporary restraining order set for March 24, 2008.

This application will be based on this notice of motion and the declaration of Susan K. Leach in support of this application. The grounds for this application are that the applicant is entitled to intervene as a matter of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure and, in the alternative, by permission pursuant to Rule 24(b) of the Federal Rules of Civil Procedure and because there is a temporary restraining order motion set for hearing on March 24, 2008, the motion to intervene needs to be heard and decided in time to allow OAH to respond to the temporary restraining order motion.

Dated: March 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General

DOUGLAS J. WOODS
Supervising Deputy Attorney General


\s\ Susan K. Leach
SUSAN K. LEACH
Deputy Attorney General
Attorneys for Ron Diedrich, in his official capacity as Director and Chief Administrative Law Judge of the State of California Office of Administrative Hearings

50230996.wpd
SA2008300685

## DECLARATION OF SERVICE BY FACSIMILE AND OVERNIGHT MAIL

Case Name:   **C.S., by and through his Conservator, Mary Struble v. California Department of Education**

Case No.:   **08 CV0226 W AJB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business. My facsimile machine telephone number is (213) 897-1071.

On March 7, 2008 at 1:38 PM., I served the attached **NOTICE OF EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION** by transmitting a true copy by facsimile machine, pursuant to California Rules of Court, rule 2.306. The facsimile machine I used complied with Rule 2.306, and no error was reported by the machine. Pursuant to rule 2.306(g)(4), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration. In addition, I enclosed in a sealed envelope with the **California Overnight Courier Service,** addressed as followed:

Ellen Dowd
658 Del Mar Heights Road #228
Del Mar, California 92014
**(858) 755-6348**


Gabriel C. Vivas, Deputy General Counsel
Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
**(916) 319-0155**


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 7, 2008, at Los Angeles, California.

|  |  |
|---|---|
| _____ Angela Artiga _____ | _____ *signature* _____ |
| Declarant | Signature |

50233226.wpd

```
*************** -COMM. JOURNAL- ******************** DATE MAR-07-2008 ***** TIME 14:02 ********

      MODE = MEMORY TRANSMISSION            START=MAR-07 14:01     END=MAR-07 14:02

      FILE NO.=579

STN   COMM.      STATION NAME/EMAIL ADDRESS/TELEPHONE NO.     PAGES      DURATION
NO.

001    OK        ā919163190155                                004/004    00:00:36



                                              -DEPARTMENT OF JUSTICE   -
***** UF-8000 v2 ******************* -LOS ANGELES      - ***** -     213 897 1071- *********
```

EDMUND G. BROWN JR.  
*Attorney General*

State of California  
*DEPARTMENT OF JUSTICE* 

---

## FAX TRANSMISSION COVER SHEET

> **IMPORTANT/CONFIDENTIAL:** This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

**DATE:** March 7, 2008   **TIME:** 1:58 PM   **NO. OF PAGES:** 4
(Including Fax Cover Sheet)

**TO:**
- **NAME:** Gabriel C. Vivas, Deputy General Counsel
- **OFFICE:** Department of Education
- **LOCATION:** Sacramento
- **FAX NO.:** (916) 319-0155    **PHONE NO.:** (916) 319-0860

---

**FROM:**
- **NAME:** Susan K. Leach, Deputy Attorney General
- **OFFICE:** Government Law Section
- **LOCATION:** Los Angeles
- **FAX NO.:** (213) 897-1071    **PHONE NO.:** (213) 897-2105

---

### MESSAGE/INSTRUCTIONS

Re: <u>C.S., by and through his Conservator, Mary Struble v. California Department of Education</u>
    United State District Court - Southern District of California, Case No. 08CV0226 W AJB

**Notice of Ex Parte Application to Shorten Time to Hear Motion for Intervention**

50233243.wpd

**PLEASE DELIVER AS SOON AS POSSIBLE**
FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER

```
*************** -COMM. JOURNAL- ******************** DATE MAR-07-2008 ***** TIME 14:04 ********

       MODE = MEMORY TRANSMISSION              START=MAR-07 14:02    END=MAR-07 14:04

          FILE NO.=580

STN   COMM.        STATION NAME/EMAIL ADDRESS/TELEPHONE NO.     PAGES       DURATION
NO.

001   OK           ☎918587556348                                004/004     00:01:26


                                                       -DEPARTMENT OF JUSTICE   -
***** UF-8000 v2 ******************* -LOS ANGELES     - ***** -   213 897 1071- *********
```

EDMUND G. BROWN JR.  
Attorney General

State of California  
DEPARTMENT OF JUSTICE



## FAX TRANSMISSION COVER SHEET

IMPORTANT/CONFIDENTIAL: This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

DATE: March 7, 2008    TIME: 2:01 PM    NO. OF PAGES: 4  
(Including Fax Cover Sheet)

**TO:**
- NAME: Ellen Dowd, Esq.
- OFFICE:
- LOCATION: Del Mar
- FAX NO.: (858) 755-6348    PHONE NO.: (858) 342-8360

**FROM:**
- NAME: Susan K. Leach, Deputy Attorney General
- OFFICE: Government Law Section
- LOCATION: Los Angeles
- FAX NO.: (213) 897-1071    PHONE NO.: (213) 897-2105

### MESSAGE/INSTRUCTIONS

Re: C.S., by and through his Conservator, Mary Struble v. California Department of Education  
United State District Court - Southern District of California, Case No. 08CV0226 W AJB

**Notice of Ex Parte Application to Shorten Time to Hear Motion for Intervention**

50233243.wpd

**PLEASE DELIVER AS SOON AS POSSIBLE**  
FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER