EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
SUSAN K. LEACH, State Bar No. 231575
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-2105
 Fax: (213) 897-1071
 Email: Susan.Leach@doj.ca.gov

Attorneys for Ron Diedrich, in his official capacity as
Director and Chief Administrative Law Judge of the
State of California Office of Administrative Hearings

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency,<br><br>Defendant. | Case No.: 08 CV0226 W AJB<br><br>**EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION**<br>[No Oral Argument Pursuant to Local Rule]<br><br>Judge: The Honorable Thomas J. Whelan |

Plaintiff filed the complaint in this matter on February 5, 2008 and filed a motion for a temporary restraining order on February 19, 2008, but did not serve the complaint and temporary restraining order motion on defendant California Department of Education ("CDE") until February 25, 2008. *See* Declaration of Susan K. Leach ("Leach Dec.") at ¶ 2. In this Court's February 20, 2008 Order setting the briefing schedule for the temporary restraining order motion, the Court noted that "it appears that Plaintiffs have already served Defendants a copy of the Complaint, TRO, and exhibits thereto."

EX PARTE APP. FOR SHORTEN TIME TO HEAR MOTION FOR INTERVENTION    Case No. 08 CV0226 W AJB

1

1    On February 28, 2008, counsel for Ron Diedrich, in his official capacity as Director and Chief Administrative Law Judge of the State of California Office of Administrative Hearings ("OAH") spoke to counsel for CDE and asked if CDE would oppose intervention by OAH. Counsel for CDE said that CDE would not oppose intervention and would sign a stipulation agreeing to allow OAH to intervene in the matter. Leach Dec. ¶ 4.

Also on February 28, 2008, counsel for OAH spoke to plaintiff's counsel, Ellen Dowd, and requested that plaintiff agree to allow OAH to intervene. Plaintiff's counsel indicated that she was in a client meeting and would call back the afternoon of February 28, 2008, but she did not. On February 29, 2008, OAH's counsel called Ms. Dowd again and left a voicemail message that a response to the request regarding intervention was needed because of the pending temporary restraining order. Ms. Dowd did not respond. Leach Dec. ¶ 6. Whether plaintiff would oppose intervention is presently uncertain.

In the meantime, counsel for CDE, Gabrielle Vivas, on or about February 28 or 29, 2008, requested an extension of time for the due date for the opposition to the temporary restraining order. This request was denied by plaintiff's counsel unless certain conditions were met by CDE. CDE did not agree to those conditions. Leach Dec. ¶ 8.

Counsel for OAH understands that CDE sought an extension of time in which to oppose the temporary restraining order based on the delayed date on which CDE was served with the complaint and temporary retraining order motion. Leach Dec. ¶ 8.

Based on all these facts, OAH requests shortened time in which to brief and hear the motion for intervention. The requested shortened time would allow enough time for the Court to decide the intervention motion prior to the due date of April 9, 2008 for an opposition brief proposed by CDE in its Ex Parte Application for an Extension of Time so that OAH may also oppose the temporary restraining order motion if granted leave to intervene.

//
//
//
//

EX PARTE APP. FOR SHORTEN TIME TO HEAR MOTION FOR INTERVENTION        Case No. 08 CV0226 W AJB

Counsel proposes that any opposition to intervention be due March 14, 2008 and any reply will be due March 21, 2008.

Dated: March 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General

DOUGLAS J. WOODS
Supervising Deputy Attorney General


\s\ Susan K. Leach
SUSAN K. LEACH
Deputy Attorney General
Attorneys for Ron Diedrich, in his official capacity as Director and Chief Administrative Law Judge of the State of California Office of Administrative Hearings

60282128.wpd
SA2008300685

## DECLARATION OF SERVICE BY FACSIMILE AND OVERNIGHT MAIL

Case Name:   **C.S., by and through his Conservator, Mary Struble v. California Department of Education**

Case No.:   **08 CV0226 W AJB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business. My facsimile machine telephone number is (213) 897-1071.

On March 7, 2008 at 1:38 PM., I served the attached **EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION** by transmitting a true copy by facsimile machine, pursuant to California Rules of Court, rule 2.306. The facsimile machine I used complied with Rule 2.306, and no error was reported by the machine. Pursuant to rule 2.306(g)(4), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration. In addition, I enclosed in a sealed envelope with the **California Overnight Courier Service**, addressed as followed:

Ellen Dowd
658 Del Mar Heights Road #228
Del Mar, California 92014
**(858) 755-6348**


Gabriel C. Vivas, Deputy General Counsel
Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
**(916) 319-0155**


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 7, 2008, at Los Angeles, California.

_____Angela Artiga_____          _____[signature]_____
        Declarant                              Signature

50233226.wpd

```
*************** -COMM. JOURNAL- ******************* DATE MAR-07-2008 ***** TIME 14:37 ********

       MODE = MEMORY TRANSMISSION           START=MAR-07 14:31      END=MAR-07 14:37

          FILE NO.=590

 STN   COMM.      STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
 NO.

 001   OK         ☎919163190155                              005/005    00:00:45


                                                         -DEPARTMENT OF JUSTICE    -

 ***** UF-8000 v2 ******************* -LOS ANGELES    - ***** -      213 897 1071- *********
```



EDMUND G. BROWN JR.  
*Attorney General*

*State of California*  
**DEPARTMENT OF JUSTICE**

## FAX TRANSMISSION COVER SHEET

> IMPORTANT/CONFIDENTIAL: This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

DATE: March 7, 2008    TIME: 2:03 PM    NO. OF PAGES: 5
(Including Fax Cover Sheet)

**TO:**
- NAME: Gabriel C. Vivas, Deputy General Counsel
- OFFICE: Department of Education
- LOCATION: Sacramento
- FAX NO.: (916) 319-0155    PHONE NO.: (916) 319-0860

**FROM:**
- NAME: Susan K. Leach, Deputy Attorney General
- OFFICE: Government Law Section
- LOCATION: Los Angeles
- FAX NO.: (213) 897-1071    PHONE NO.: (213) 897-2105

### MESSAGE/INSTRUCTIONS

Re: C.S., by and through his Conservator, Mary Struble v. California Department of Education
United State District Court - Southern District of California, Case No. 08CV0226 W AJB

Ex Parte Application to Shorten Time to Hear Motion for Intervention

50233243.wpd

**PLEASE DELIVER AS SOON AS POSSIBLE**
FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER

```
************** -COMM. JOURNAL- ******************* DATE MAR-07-2008 ***** TIME 14:31 ********

      MODE = MEMORY TRANSMISSION              START=MAR-07 14:29    END=MAR-07 14:31

         FILE NO.=589
STN    COMM.       STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
NO.

001     OK         ≞918587556348                               005/005    00:01:30


                                                          -DEPARTMENT OF JUSTICE    -
***** UF-8000 v2 ******************* -LOS ANGELES    - ***** -    213 897 1071- *********
```

EDMUND G. BROWN JR.
Attorney General

State of California
DEPARTMENT OF JUSTICE



## FAX TRANSMISSION COVER SHEET

> IMPORTANT/CONFIDENTIAL: This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

DATE: March 7, 2008          TIME: 2:12 PM          NO. OF PAGES: 5
                                                    (Including Fax Cover Sheet)

**TO:**
- NAME: Ellen Dowd, Esq.
- OFFICE:
- LOCATION: Del Mar
- FAX NO.: (858) 755-6348          PHONE NO.: (858) 342-8360

**FROM:**
- NAME: Susan K. Leach, Deputy Attorney General
- OFFICE: Government Law Section
- LOCATION: Los Angeles
- FAX NO.: (213) 897-1071          PHONE NO.: (213) 897-2105

### MESSAGE/INSTRUCTIONS

Re: <u>C.S., by and through his Conservator, Mary Struble v. California Department of Education</u>
United State District Court - Southern District of California, Case No. 08CV0226 W AJB

**Ex Parte Application to Shorten Time to Hear Motion for Intervention**

50233243.wpd

**PLEASE DELIVER AS SOON AS POSSIBLE**
FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER