EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
SUSAN K. LEACH, State Bar No. 231575
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-2105
  Fax: (213) 897-1071
  Email: Susan.Leach@doj.ca.gov

Attorneys for Ron Diedrich, in his official capacity as
Director and Chief Administrative Law Judge of the
State of California Office of Administrative Hearings

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency,<br><br>                Defendant. | Case No. 08 CV0226 W AJB<br><br>DECLARATION OF SUSAN K. LEACH IN SUPPORT OF RON DIEDRICH, IN HIS OFFICIAL CAPACITY AS DIRECTOR AND CHIEF ADMINISTRATIVE LAW JUDGE OF THE STATE OF CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS' MOTION FOR INTERVENTION AND EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION<br><br>Judge: The Honorable Thomas J. Whelan |

1.    I am an attorney admitted to practice before the Courts of the State of California and this Court. I am a Deputy Attorney General in the Government Law Section of the Office of the Attorney General, and I represent Ron Diedrich, in his official capacity as Director and Chief Administrative Law Judge of the State of California Office of Administrative Hearings ("OAH"). The matters set forth in this declaration are true of my own knowledge, and if called as a witness

DECLARATION OF SUSAN K. LEACH IN SUPPORT OF STATE OF CALIFORNIA OFFICE OF ADMIN. HEARINGS' MOTION FOR INTERVENTION AND EX PARTE APP. TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION    08 CV0226 W AJB

1

I could and would testify competently thereto.

2. On information and belief, plaintiff served this complaint on defendant California Department of Education ("CDE") on February 25, 2008.

3. On information and belief, plaintiff filed a motion for a temporary restraining order on February 19, 2008 and served it on defendant CDE on February 25, 2008.

4. Counsel for defendant CDE, Gabrielle Vivas, stated in conversation with me on February 28, 2008 that the CDE did not oppose OAH's intervention in this case and would sign a stipulation to that effect.

5. I called and spoke to plaintiff's counsel, Ellen Dowd, on February 28, 2008 and requested that plaintiff agree to allow OAH to intervene. I asked whether plaintiff's counsel would be willing to sign a stipulation allowing OAH to intervene and told her that CDE's counsel had agreed to sign a stipulation to allow OAH to intervene. Plaintiff's counsel indicated that she was in a client meeting and would call me back the afternoon of February 28, 2008. Plaintiff's counsel has not called me back.

6. On February 29, 2008, I called plaintiff's counsel again and left a voicemail message which said I needed to know her position on intervention as soon as possible because OAH intended to intervene and intended to oppose the temporary restraining order motion. Ms. Dowd did not respond to this voicemail.

7. In the meantime, on information and belief, counsel for CDE, Gabrielle Vivas, on or about February 28 or 29, 2008, requested an extension of time to the due date for the opposition to the temporary restraining order. This request was denied by plaintiff's counsel. It is my understanding that CDE sought an extension of time from the Court in which to oppose the temporary restraining order based on the delayed date on which CDE was served with the complaint and temporary restraining order motion. CDE proposed that an opposition brief to the temporary restraining order be due on April 9, 2008.

//
//
//

DECLARATION OF SUSAN K. LEACH IN SUPPORT OF STATE OF CALIFORNIA OFFICE OF ADMIN. HEARINGS' MOTION FOR INTERVENTION AND EX PARTE APP. TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION   08 CV0226 W AJB

2

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct and that this declaration is executed this 7TH day of March, 2008, in
3  Los Angeles, California.

             \s\ Susan K. Leach
             SUSAN K. LEACH

SA2008300685

DECLARATION OF SUSAN K. LEACH IN SUPPORT OF STATE OF CALIFORNIA OFFICE OF ADMIN. HEARINGS' MOTION FOR INTERVENTION AND EX PARTE APP. TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION   08 CV0226 W AJB

3

## DECLARATION OF SERVICE BY FACSIMILE AND OVERNIGHT MAIL

Case Name: **C.S., by and through his Conservator, Mary Struble v. California Department of Education**

Case No.: **08 CV0226 W AJB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business. My facsimile machine telephone number is (213) 897-1071.

On March 7, 2008 at 1:38 PM., I served the attached **DECLARATION OF SUSAN K. LEACH IN SUPPORT OF RON DIEDRICH, IN HIS CAPACITY AS DIRECTOR AND CHIEF ADMINISTRATIVE LAW JUDGE OF THE STATE OF CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS' MOTION FOR INTERVENTION AND EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION** by transmitting a true copy by facsimile machine, pursuant to California Rules of Court, rule 2.306. The facsimile machine I used complied with Rule 2.306, and no error was reported by the machine. Pursuant to rule 2.306(g)(4), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration. In addition, I enclosed in a sealed envelope with the **California Overnight Courier Service**, addressed as followed:

Ellen Dowd
658 Del Mar Heights Road #228
Del Mar, California 92014
**(858) 755-6348**

Gabriel C. Vivas, Deputy General Counsel
Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
**(916) 319-0155**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 7, 2008, at Los Angeles, California.

|  |  |
|---|---|
| Angela Artiga | *[signature]* |
| Declarant | Signature |

```
          MODE = MEMORY TRANSMISSION        START=MAR-07 14:12    END=MAR-07 14:14

          FILE NO.=585
STN   COMM.      STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
NO.
001   OK         ≅919163190155                               005/005    00:00:49
```

-DEPARTMENT OF JUSTICE

***** UF-8000 v2 ******************** -LOS ANGELES    - ***** -    213 897 1071- *********

EDMUND G. BROWN JR.  
Attorney General

State of California  
DEPARTMENT OF JUSTICE



## FAX TRANSMISSION COVER SHEET

> **IMPORTANT/CONFIDENTIAL:** This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

DATE: March 7, 2008    TIME: 2:03 PM    NO. OF PAGES: 5  
(Including Fax Cover Sheet)

**TO:**
- NAME: Gabriel C. Vivas, Deputy General Counsel
- OFFICE: Department of Education
- LOCATION: Sacramento
- FAX NO.: (916) 319-0155    PHONE NO.: (916) 319-0860

**FROM:**
- NAME: Susan K. Leach, Deputy Attorney General
- OFFICE: Government Law Section
- LOCATION: Los Angeles
- FAX NO.: (213) 897-1071    PHONE NO.: (213) 897-2105

### MESSAGE/INSTRUCTIONS

Re: C.S., by and through his Conservator, Mary Struble v. California Department of Education  
United State District Court - Southern District of California, Case No. 08CV0226 W AJB

Declaration of Susan K. Leach in Support of Ron Diedrich, in His Official Capacity as Director and Chief Administrative Law Judge of the State of California Office of Administrative Hearings' Motion for Intervention and Ex Parte Application to Shorten Time to Hear Motion for Intervention

50233242.wpd

**PLEASE DELIVER AS SOON AS POSSIBLE**  
FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER

```
MODE = MEMORY TRANSMISSION        START=MAR-07 14:10    END=MAR-07 14:12

    FILE NO.=584

STN   COMM.     STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
NO.

001   OK        ☎918587556348                               005/005    00:01:33
```

-DEPARTMENT OF JUSTICE-

\*\*\*\*\* UF-8000 v2 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -LOS ANGELES  - \*\*\*\*\* -  213 897 1071- \*\*\*\*\*\*\*\*\*

---

**EDMUND G. BROWN JR.**
Attorney General

State of California
**DEPARTMENT OF JUSTICE**



---

## FAX TRANSMISSION COVER SHEET

> **IMPORTANT/CONFIDENTIAL:** This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

**DATE:** March 7, 2008    **TIME:** 2:07 PM    **NO. OF PAGES:** 5
(Including Fax Cover Sheet)

**TO:**
- NAME: Ellen Dowd, Esq.
- OFFICE:
- LOCATION: Del Mar
- FAX NO.: (858) 755-6348    PHONE NO.: (858) 342-8360

**FROM:**
- NAME: Susan K. Leach, Deputy Attorney General
- OFFICE: Government Law Section
- LOCATION: Los Angeles
- FAX NO.: (213) 897-1071    PHONE NO.: (213) 897-2105

---

### MESSAGE/INSTRUCTIONS

Re: <u>C.S., by and through his Conservator, Mary Struble v. California Department of Education</u>
United States District Court - Southern District of California, Case No. 08CV0226 W AJB

Declaration of Susan K. Leach in Support of Ron Diedrich, in His Official Capacity as Director and Chief Administrative Law Judge of the State of California Office of Administrative Hearings' Motion for Intervention and Ex Parte Application to Shorten Time to Hear Motion for Intervention

50233243.wpd

---

**PLEASE DELIVER AS SOON AS POSSIBLE**
FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER