EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
SUSAN K. LEACH, State Bar No. 231575
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-2105
  Fax: (213) 897-1071
  Email: Susan.Leach@doj.ca.gov

Attorneys for Ron Diedrich, in his official capacity as
Director and Chief Administrative Law Judge of the
State of California Office of Administrative Hearings

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency,<br><br>                              Defendant. | Case No. 08 CV0226 W AJB<br><br>**NOTICE OF MOTION TO INTERVENE BY RON DIEDRICH, IN HIS OFFICIAL CAPACITY AS DIRECTOR AND CHIEF ADMINISTRATIVE LAW JUDGE OF THE STATE OF CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS**<br>[No Oral Argument Pursuant to Local Rule]<br><br>Judge: The Honorable Thomas J. Whelan |

TO THE HONORABLE THOMAS J. WHELAN and to all parties and their attorneys:

PLEASE TAKE NOTICE that Ron Diedrich, in his official capacity as Director and Chief Administrative Law Judge of the State of California Office of Administrative Hearings ("OAH") moves this Court for an order permitting the moving party to intervene by right in this action pursuant to Rule 24(a) of the Federal Rules of Civil Procedure and, in the alternative, permissive intervention pursuant to Rule 24(b) of the Federal Rules of Civil Procedure. Please take further

NOTICE OF MOTION TO INTERVENE BY RON DIEDRICH, IN HIS OFFICIAL CAPACITY AS DIRECTOR AND CHIEF ADMIN. LAW JUDGE OF THE STATE OF CALIFORNIA OFFICE OF ADMIN. HEARINGS    Case No. 08 CV0226 W AJB

1

1  notice that applicant, pursuant to the application for order shortening time, is asking that the
2  Court treat this motion on an expedited basis so that the motion may be heard prior to the
3  presently pending motion for temporary restraining order in order that moving party may respond
4  to, and be heard, at the hearing for the temporary restraining order set for March 24, 2008.
5      This motion will be based on this notice of motion, the declarations in support of this
6  motion, and the Points and Authorities filed in support of the motion for intervention. The
7  grounds for this motion are that the movant is entitled to intervene as a matter of right pursuant to
8  Rule 24(a) of the Federal Rules of Civil Procedure and, in the alternative, by permission pursuant
9  to Rule 24(b) of the Federal Rules of Civil Procedure.

Dated: March 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General

DOUGLAS J. WOODS
Supervising Deputy Attorney General


\s\ Susan K. Leach
SUSAN K. LEACH
Deputy Attorney General
Attorneys for Ron Diedrich, in his official capacity as Director
and Chief Administrative Law Judge of the State of California
Office of Administrative Hearings

60282166.wpd
SA2008300685

## DECLARATION OF SERVICE BY FACSIMILE AND OVERNIGHT MAIL

Case Name: **C.S., by and through his Conservator, Mary Struble v. California Department of Education**

Case No.: **08 CV0226 W AJB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business. My facsimile machine telephone number is (213) 897-1071.

On March 7, 2008 at 1:38 PM., I served the attached **NOTICE OF MOTION TO INTERVENE BY RON DIEDRICH, IN HIS OFFICIAL CAPACITY AS DIRECTOR AND CHIEF ADMINISTRATIVE LAW JUDGE OF THE STATE OF CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS** by transmitting a true copy by facsimile machine, pursuant to California Rules of Court, rule 2.306. The facsimile machine I used complied with Rule 2.306, and no error was reported by the machine. Pursuant to rule 2.306(g)(4), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration. In addition, I enclosed in a sealed envelope with the **California Overnight Courier Service,** addressed as followed:

Ellen Dowd
658 Del Mar Heights Road #228
Del Mar, California 92014
**(858) 755-6348**

Gabriel C. Vivas, Deputy General Counsel
Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
**(916) 319-0155**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 7, 2008, at Los Angeles, California.

| Angela Artiga | _(signature)_ |
|---|---|
| Declarant | Signature |

50233226.wpd

```
*************** -COMM. JOURNAL- ******************* DATE MAR-07-2008 ***** TIME 14:07 ********

   MODE = MEMORY TRANSMISSION         START=MAR-07 14:06    END=MAR-07 14:07

      FILE NO.=582

STN    COMM.       STATION NAME/EMAIL ADDRESS/TELEPHONE NO.      PAGES       DURATION
NO.

001    OK          ā919163190155                                 004/004     00:00:40


                                                        -DEPARTMENT OF JUSTICE   -

***** UF-8000 v2 ******************* -LOS ANGELES    - ***** -       213 897 1071- *********
```



EDMUND G. BROWN JR.  
Attorney General

State of California  
DEPARTMENT OF JUSTICE

## FAX TRANSMISSION COVER SHEET

> **IMPORTANT/CONFIDENTIAL:** This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

DATE: March 7, 2008      TIME: 2:03 PM      NO. OF PAGES: 4  
(Including Fax Cover Sheet)

**TO:**
- NAME: Gabriel C. Vivas, Deputy General Counsel
- OFFICE: Department of Education
- LOCATION: Sacramento
- FAX NO.: (916) 319-0155        PHONE NO.: (916) 319-0860

**FROM:**
- NAME: Susan K. Leach, Deputy Attorney General
- OFFICE: Government Law Section
- LOCATION: Los Angeles
- FAX NO.: (213) 897-1071        PHONE NO.: (213) 897-2105

### MESSAGE/INSTRUCTIONS

Re: <u>C.S., by and through his Conservator, Mary Struble v. California Department of Education</u>  
United State District Court - Southern District of California, Case No. 08CV0226 W AJB

Notice of Motion to Intervene by Ron Diedrich, in His Official Capacity as Director and Chief Administrative Law Judge of the State of California Office of Administrative Hearings

50233243.wpd

**PLEASE DELIVER AS SOON AS POSSIBLE**  
FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER

```
*************** -COMM. JOURNAL- ******************* DATE MAR-07-2008 ***** TIME 14:06 ********

   MODE = MEMORY TRANSMISSION          START=MAR-07 14:04       END=MAR-07 14:06

      FILE NO.=581

STN   COMM.    STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
NO.

001   OK       ʊ918587556348                               004/004    00:01:18


                                               -DEPARTMENT OF JUSTICE    -
***** UF-8000 v2 ******************* -LOS ANGELES    - ***** -   213 897 1071- *********
```

EDMUND G. BROWN JR.
Attorney General

State of California
DEPARTMENT OF JUSTICE 

# FAX TRANSMISSION COVER SHEET

> IMPORTANT/CONFIDENTIAL: This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

DATE: March 7, 2008        TIME: 2:03 PM        NO. OF PAGES: 4
                                                (Including Fax Cover Sheet)
TO:
  NAME:     Ellen Dowd, Esq.
  OFFICE:
  LOCATION: Del Mar
  FAX NO.:  (858) 755-6348        PHONE NO.: (858) 342-8360

FROM:
  NAME:     Susan K. Leach, Deputy Attorney General
  OFFICE:   Government Law Section
  LOCATION: Los Angeles
  FAX NO.:  (213) 897-1071        PHONE NO.: (213) 897-2105

---
### MESSAGE/INSTRUCTIONS

Re: C.S., by and through his Conservator, Mary Struble v. California Department of Education
United State District Court - Southern District of California, Case No. 08CV0226 W AJB

   Notice of Motion to Intervene by Ron Diedrich, in His Official Capacity as Director and
   Chief Administrative Law Judge of the State of California Office of Administrative
   Hearings

50233243.wpd

**PLEASE DELIVER AS SOON AS POSSIBLE**
FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER