MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
GREGORY ROUSSEVE, State Bar No. 084262
Deputy General Counsel
GABRIEL C. VIVAS, State Bar No. 092434
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone:  (916) 319-0860
Facsimile:   (916) 319-0155


Attorneys for Defendant California Department of Education


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency,<br><br>Defendant. | Case No. 08-CV-0226 W (AJB)<br><br>NOTICE OF REPRESENTATION |

     Defendant CALIFORNIA DEPARTMENT OF EDUCATION (CDE) will be represented by the Legal Office of the California Department of Education.  Please address all correspondence to:

///

///

///

///

Case No.  08-CV-0226 W (AJB)       1       Notice of Representation

Gabriel C. Vivas
Deputy General Counsel
Gregory J. Rousseve
Deputy General Counsel
Legal Office
California Department of Education
1430 N Street, Suite 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155

Date: March 11, 2008                                         Respectfully Submitted,

        MARSHA A. BEDWELL
        General Counsel
        AMY BISSON HOLLOWAY
        Assistant General Counsel
        GREGORY J. ROUSSEVE
        Deputy General Counsel


By:     /s/ Gabriel C. Vivas
        GABRIEL C. VIVAS
        Deputy General Counsel

Attorneys for Defendant
California Department of Education