UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA DEPARTMENT OF EDUCATION, <br><br> Defendant. | CASE NO. 08-CV-0226 W (AJB) <br><br> **ORDER PARTIALLY GRANTING EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR INTERVENTION (Doc. No. 13)** |

On February 19, 2008 Plaintiffs C.S. et. al. ("Plaintiffs") filed a temporary restraining order ("TRO") against Defendant California Department of Education ("Defendant"). (Doc. No. 4.) On February 20, 2008 the Court issued a briefing schedule, which established the TRO's hearing date on March 24, 2008. (Doc. No. 7.) On March 7, 2008 the Court continued the TRO hearing until April 28, 2008 because there was no immediate irreparable injury and Plaintiffs did not properly serve Defendants with the Complaint. (Doc. No. 12.)

Also on March 7, 2008 the Office of Administrative Hearings ("OAH" or "Intervenor") filed a motion seeking to intervene in this case. (Doc. No. 14.) OAH also filed an *ex parte* application to shorten the time to hear the intervention motion. (Doc. No. 13.) Despite the continuance, OAH seeks a shortened briefing schedule in order to resolve certain issues before the TRO's opposition is due. Plaintiff opposes,

stating that they require more time to oppose the intervention.  (*Pls.' Opp'n to Time Extension* 1, 3.)

Good cause appearing, the Court agrees that the issue of whether OAH should be allowed to intervene should be resolved before Defendants' opposition is due.

Specifically:

1. The hearing date for OAH's motion to intervene shall be **April 7, 2008**. Unless otherwise notified, the Court will take the matter under submission and without oral argument pursuant to S.D. Cal. Civ. R. 7.1(d.1).
2. Plaintiff's Opposition shall be filed and served by **March 24, 2008**.
3. Any Reply shall be filed and served by **March 31, 2008**.

**IT IS SO ORDERED**.

DATED:  March 11, 2008

_____
Hon. Thomas J. Whelan
United States District Judge