**SPECIAL EDUCATION LEGAL CENTER**
**2658 DEL MAR HEIGHTS ROAD  228**
**DEL MAR, CA 92014**
**(858) 342-8360**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CASE NUMBER: **08CV0226WAJB**

MARY STRUBLE, ON BEHALF OF HIMSELF AND ALL OTHER(S) SIMILARY SITUATED

v.

CALIFORNIA DEPARTMENT OF EDUCATION, A STATE AGENCY

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (specify documents):

   a. ☐ summons    ☒ complaint    ☐ alias summons    ☐ first ammended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other (specify): SUMMONS IN A CIVIL ACTION; Civil Cover Sheet; PROOF OF SERVICE ON AMY HOLLOWAY

2. **Person served:**

   a. ☒ Defendant (name:) CALIFORNIA DEPARTMENT OF EDUCATION, A STATE AGENCY
   b. ☒ Other (specify name and title or relationship to the party/business named):
      GREGORY ROUSSEVE - AUTHORIZED TO ACCEPT
   c. ☒ Address where the papers were served: 1430 N. ST, RM 5319
      SACRAMENTO, CA 95814

3. **Manner of Service** in compliance with (the appropriate box **must** be checked):

   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☒ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ Papers were served on (date): 02/25/2008 at (time): 04:25 pm

   b. ☐ By **Substituted Service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** (date): at (time):

      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ **papers were mailed on** (date):

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.