# PROOF OF SERVICE

## C.S. v. CALIFORNIA DEPARTMENT OF EDUCATION
## 08 CV 0226 W (AJB)

STATE OF CALIFORNIA   )
COUNTY OF SAN DIEGO   )

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014.

On March 24, 2008 I caused to be served the foregoing documents described as **Plaintiff's Memorandum of Points and Authorities In Opposition to Motion to Intervene, USDC, SDCA Case No. 08 CV 0226 W (AJB),** on all interested parties in this action as follows:

Gabriel Vivas, Esq.
California Department of Education

Susan Leach, Esq.
Deputy Attorney General for the State of California

__X__   BY e-mail transmission the persons at the e-mail address above, and no error was reported in the transmission, and I received a confirmation transmission.

Executed on March 24, 2008 at San Diego, California.

XX   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___Ellen Dowd___

_____
Signature