## PROOF OF SERVICE

### C.S. v. CALIFORNIA DEPARTMENT OF EDUCATION
### 08 CV 0226 W (AJB)

STATE OF CALIFORNIA )
COUNTY OF SAN DIEGO )

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014.

On March 24, 2008 I caused to be served the foregoing documents described as **Plaintiff's Ex Parte Application For Order To Show Cause Why Defendant, California Department of Education Should Not Be Ordered To File an Answer To The Complaint, USDC, SDCA Case No. 08 CV 0226 W (AJB),** on all interested parties in this action as follows:

Gabriel Vivas, Esq.
California Department of Education

Susan Leach, Esq.
Deputy Attorney General for the State of California

__X__  BY e-mail transmission the persons at the e-mail address above, and no error was reported in the transmission, and I received a confirmation transmission.

Executed on March 24, 2008 at San Diego, California.

XX  (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___Ellen Dowd___

_____
Signature