Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360
Fax (858) 755-6348
ellendowd@sbcglobal.net

**Attorney for Plaintiff, C.S.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency,<br>            Defendant. | CASE NO.: 08 CV 0226 W (AJB)<br><br>DECLARATION OF ELLEN DOWD, ESQ. IN SUPPORT SUR-REPLY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO OAH'S MOTION FOR INTERVENTION<br><br>Date: April 7, 2008<br>Judge: Hon. Thomas J. Whelan |

I, Ellen Dowd, declare as follows:

1. I am an attorney admitted and in good standing in all of the state and federal Courts in the State of California, including this honorable court.

2. I am attorney of record for Plaintiff herein, and make this declaration on behalf of Plaintiff, and all others similarly situated, meanings disabled students and their parents who have, through a special education due process hearing before OAH's ALJs, obtained less than complete relief sought.

3. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto. I make this declaration in support of Plaintiff's Sur-Reply in Support of Plaintiff's Opposition to OAH's Motion For Intervention.

4. On December 7, 2007, in response to an application for Modification of Decision, I received a letter from Chief Presiding Administrative Law Judge, Ronald Diedrich, which denied this request. A true copy of Mr. Diedrich's letter is attached hereto as Exhibit "1".

5. On July 24, 2007 I did a Public Records Act Request to OAH for "Copies of any correspondence between OAH, Special Education Division and the U.S. Department of Education, either by facsimile or United States mail, concerning the Interagency Agreement No. 4427, between CDE and OAH dated May 25, 2005, from 6/1/05 to present." A true copy of this request is attached hereto as Exhibit "2".

6. On July 31, 2007, I received a response to my Public Records Act Request from OAH, which stated, I am in receipt of your Public Records Act Request dated July 24, 2007, for copies of 'any correspondence between OAH, Special Education Division and the U.S. Department of Education, either by facsimile or United States mail, concerning the Interagency Agreement, No. 4427, between CDE and OAH dated May 25, 2005, from 6/1/05 to Present.'2 After a thorough and diligent search, the Office of Administrative Hearings has found no documents responsive to your request." A true copy of OAH's letter is attached hereto as Exhibit '3".

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 4th day of April, 2008 at San Diego, California.

Ellen Dowd

# EXHIBIT "1"



**OFFICE OF ADMINISTRATIVE HEARINGS**

State of California

2349 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4231
General Jurisdiction -- (916) 263-0550 phone / (916) 263-0554 fax
Special Education -- (916) 263-0880 phone / (916) 263-0890 fax
www.oah.dgs.ca.gov

Department of General Services

December 7, 2007

Ellen Dowd, Esq.
Special Education Law Center
2658 Del Mar Heights Road #228
Del Mar, California 92014

Sharon Watt, Esq.
Filarksy & Watt, LLP
408 Bryant Circle, Suite C
Ojai, California 93023

RE:   *Christopher Struble v. Fallbrook Union High School District,*
      OAH Case No. 2007090067

Dear Ms. Dowd and Ms. Watt:

I have reviewed Ms. Dowd's November 30, 2007 letter in which she requests that I modify Administrative Law Judge Susan Ruff's decision in the above referenced case, as well as Ms. Watt's December 4, 2007 letter opposing that request.

I know of no legal authority, nor was any cited, which allows me to reconsider or modify a decision that has been issued by an administrative law judge. Accordingly, the request is denied. In denying this request I am making no determination as to the merit of the substantive legal allegations, or the propriety of Judge Ruff either granting or denying a request to reconsider her decision in this matter.

At this point, I am forwarding your correspondence to Judge Ruff who can rule upon the propriety and merit of Ms. Dowd's request.

I would also remind the parties that they have the right to appeal the matter to a court of competent jurisdiction.

---

**Regional Offices**

| Los Angeles | Oakland | San Diego | Laguna Hills | Van Nuys |
|---|---|---|---|---|
| 320 West Fourth Street | 1515 Clay Street | 1350 Front Street. | 23046 Avenida De La Carlota | 15350 Sherman Way |
| Suite 630 | Suite 206 | Suite 6022 | Suite 750 | Suite 300 |
| Los Angeles, CA 90013 | Oakland, CA 94612 | San Diego, CA 92101 | Laguna Hills, CA 92653 | Van Nuys, CA 91406 |
| (213) 576-7200 | (510) 622-2722 | (619) 525-4475 | (949) 598-5850 | (818) 904-2383 |
| Fax (213) 576-7244 | Fax (510) 622-2743 | Fax (619) 525-4419 | Fax (949) 598-5860 | Fax (818) 904-2360 |

Subject: *Christopher Struble v. Fallbrook Union High School District,*
OAH Case No. 2007090067
December 07, 2007
Page 2

Thank you for bringing to my attention the underlying legal issue for which modification is sought. I will bring this interesting legal issue to the attention of the Presiding Administrative Law Judges so that future training on that subject may be conducted.

Sincerely,

Ronald Diedrich
Director and Chief Administrative Law Judge
Office of Administrative Hearings
State of California

cc:  Susan Ruff, Administrative Law Judge
Timothy Newlove, Presiding Administrative Law Judge
Shane Berli, California Department of Education

**EXHIBIT "2"**

**Ellen Dowd**
**Attorney At Law**
**State Bar # 141206**
**Special Education Legal Center**
**2658 Del Mar Heights Road #228**
**Del Mar, California 92014**
**(Tel) 858-342-8360  (Fax) 858-755-6348**

July 24, 2007

Phoenix R. Vigil
Public Records Review Officer
Office of Administrative Hearings
2349 Gateway Oaks Drive
Suite 200                                                    VIA Fax # 916-263-0890
Sacramento, California 92833-4321

Dear Ms. Vigil:

In accordance with Public Records Act, California Government Code §6250 et seq. please provide me with the following documents:

(1) Copies of any correspondence between OAH, Special Education Division and the U.S. Department of Education, either by facsimile or United States mail, concerning the Interagency Agreement, No. 4427, between CDE and OAH dated May 25, 2005, from 6/1/05 to present.

I agree to be responsible for all charges for the photocopying of the above documents, if any. If there are not more than 30 pages, please fax them to me within the statutory time period. Thank you.

Very truly yours,

Ellen Dowd

**EXHIBIT "3"**

Case 3:08-cv-00226-W-AJB    Document 34    Filed 04/04/2008    Page 8 of 9



OFFICE OF ADMINISTRATIVE HEARINGS

State of California

2349 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4231
General Jurisdiction – (916) 263-0550 phone / (916) 263-0554 fax
Special Education – (916) 263-0880 phone / (916) 263-0890 fax
www.oah.dgs.ca.gov

Department of General Services

July 31, 2007

*Via facsimile transmission and U.S. Mail*

Ellen Dowd
Special Education Legal Center
2658 Del Mark Heights Road, #228
Del Mar, CA 92014
Fax: 858-755-6348

Re: Public Records Act Request – 07-028

Dear Ms. Dowd:

I am in receipt of your Public Records Act request dated July 24, 2007, for copies of "any correspondence between OAH, Special Education Division and the U.S. Department of Education, either by facsimile or United States mail, concerning the Interagency Agreement, No. 4427, between CDE and OAH dated May 25, 2005, from 6/1/05 to present."

After a thorough and diligent search, the Office of Administrative Hearings has found no documents responsive to your request.

Sincerely,

*[signature]*

PHOENIX R. VIGIL
Public Records Review Officer
Office of Administrative Hearings

Regional Offices

| Los Angeles | Oakland | San Diego | Laguna Hills | Van Nuys |
|---|---|---|---|---|
| 320 West Fourth Street | 1515 Clay Street | 1350 Front Street. | 23046 Avenida De La Carlota | 15350 Sherman Way |
| Suite 630 | Suite 206 | Suite 6022 | Suite 750 | Suite 300 |
| Los Angeles, CA 90013 | Oakland, CA 94612 | San Diego, CA 92101 | Laguna Hills, CA 92653 | Van Nuys, CA 91406 |
| (213) 576-7200 | (510) 622-2722 | (619) 525-4475 | (949) 598-5850 | (818) 904-2383 |
| Fax (213) 576-7244 | Fax (510) 622-2743 | Fax (619) 525-4419 | Fax (949) 598-5860 | Fax (818) 904-2360 |