# CERTIFICATE OF SERVICE

Case Name:   C.S., by and through his Conservator, Mary Struble v. California Department of Education

Case No.:   **08 CV0226 W AJB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On April 14, 2008, I have caused the following document(s):

1. Defendant Ron Diedrich, in His Official Capacity as Director of Chief Administrative Law Judge of the State of California Office of Administrative Hearings' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Temporary Restraining Order and
2. Declaration of Sherianne Laba in Support of OAH'S Opposition to Plaintiff's Temporary Restraining Order, including Exhibits 1-19

to be electronically served in accordance with the United States District Court for the Southern District of California's electronic case filing procedures on the following person(s), who are currently on the list to receive e-mail notices for this case:

## Electronic Mail Notice List

Gabriel C. Vivas
**E-mail Address**: GVivas@cde.ca.gov
Ellen Dowd
**E-mail Address**:ellendowd@sbcglobal.net

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 16, 2008, at Los Angeles, California.

_____
Angela Artiga
Declarant

_____
Signature

SA2008300685
50249792.wpd