# TABLE OF CONTENTS

Page(s)

I. PROCEDURAL HISTORY..................................................................................1

II. ARGUMENT........................................................................................................1

    1. OAH's and CDE's Arguments in their Oppositions Are Flawed.................2

        A. Status Quo.............................................................................................2
        B. Civil Service Mandate..........................................................................3
        C. SEHO Is Irrelevant To this Action, Only OAH's Performance
           Is Relevant...........................................................................................5
        D. OAH's Performance in Mediations Is Irrelevant..................................6
        E. Plaintiff Has Already Exhausted Administrative Remedies.................6
        F. The United States Department of Education Should Intervene or Otherwise
           Act To Prevent the Ongoing Harm Caused by OAH and CDE...........7

    2. Irreparable Harm/Likelihood of Success on the Merits................................9

III. CONCLUSION...................................................................................................12

## TABLE OF AUTHORITIES

**CASES**                                                                                   Page(s)

*Brown v. Board of Education*...............................................................................9

*Mills v. Board of Education*, (DC, 1972)..............................................................9

*Pennsylvania Association for Retarded Children (PARC) v. Pennsylvania* (PA, 1971)...........9

*Tanner Motor Livery, Ltd. v. Avis*, 316 F. 2d 804, 809 (9th Cir. 1963)...................3

*United States v. Nutri-cology, Inc.* 982 F. 2d 394, 398 (9th Cir. 1992)..................10

*Van Duyn ex rel. Van Duyn v. Baker School Dist. 5J*,
    502 F. 3d 811,817-18 (9th Cir. 2007).............................................................10

**STATUTES**                                                                                Page(s)

California Education Code § 56501.5(d)................................................................4

United States Code, Title 20, § 1415 (g)(2)...........................................................7

United States Code, Title 20, § 1416 (a)(3)(b).......................................................4

34 C.F.R. § 300.511(a) and (c)...............................................................................7

34 C.F.R. § 300.511(c)........................................................................................4, 8

34 C.F.R. § 300.515(a) and (c)..............................................................................4