1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  DOUGLAS J. WOODS
   Supervising Deputy Attorney General
4  SUSAN K. LEACH, State Bar No. 231575
   Deputy Attorney General
5   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013
6   Telephone:  (213) 897-2105
    Fax:  (213) 897-1071
7   Email:  Susan.Leach@doj.ca.gov

8  Attorneys for Ron Diedrich, in his official capacity as
   Director and Chief Administrative Law Judge of the
9  State of California Office of Administrative Hearings

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency,<br><br>Defendant. | Case No. 08 CV0226 W AJB<br><br>**JOINT MOTION OF ALL PARTIES FOR CONTINUANCE OF THE EARLY NEUTRAL EVALUATION AND RELATED DATES**<br><br>Hearing: May 5, 2008<br>Judge: The Honorable Anthony J. Battaglia |
|---|---|

21

22         Defendants and plaintiff jointly move this court for a continuance of the Early Neutral

23  Evaluation, and all related dates, of the above entitled action currently scheduled for May 5, 2008

24  to May 27, 2008 or such other date as the Court deems reasonable.

25         Good cause exists for this request, as a motion for a temporary restraining order is currently

26  pending in this action before the Honorable Thomas J. Whelan. The motion for a temporary

27  restraining order proceeded as a noticed motion and is now fully briefed with a hearing date

28  scheduled for April 28, 2008. Although it is possible that the motion will be decided prior to

1  May 5, 2008, it is unlikely to be resolved prior to the date when defendants' settlement briefs are
2  due and possible that it will not be decided prior to May 5, 2008. All parties agree that
3  discussion of settlement is premature prior to a ruling on the motion for a temporary restraining
4  order.

5      Thus, the parties jointly and respectfully request that a short continuance of the Early
6  Neutral Evaluation be granted and the Early Neutral Evaluation be held May 27, 2008 and that
7  plaintiff's settlement brief will be due May 12, 2008 and defendants' settlement brief will be due
8  May 19, 2008.

10 Dated: April 23, 2008

By:   /s/ Susan Leach
    Susan K. Leach
    Office of the Attorney General
    300 South Spring Street, Suite 1702
    Los Angeles, CA 90013
    Attorneys for Ron Diedrich, in his official capacity as
    Director and Chief Administrative Law Judge of the
    State of California Office of Administrative Hearings

By:   /s/ Gabriel C. Vivas
    Gabriel C. VivasDeputy General Counsel
    California Department of Education
    1430 N Street, Room 5319
    Sacramento, CA 95814
    Attorneys for California Department of Education

By:   /s/ Ellen Dowd
    Ellen Dowd
    2685 Del Mar Heights Road #228
    Del Mar, CA 92014
    Attorney for Plaintiff, C.S.