# CERTIFICATE OF SERVICE

Case Name:   **C.S., by and through his Conservator, Mary Struble v. California Department of Education**
Case No.:    **08 CV0226 W AJB**

I declare:

On <u>April 23, 2008</u>, I electronically filed the following document(s):

1. **JOINT MOTION OF ALL PARTIES FOR CONTINUANCE OF THE EARLY NEUTRAL EVALUATION AND RELATED DATES**; and
2. **DECLARATION OF SUSAN K. LEACH IN SUPPORT OF JOINT MOTION OF ALL PARTIES TO CONTINUE THE EARLY NEUTRAL EVALUATION AND RELATED DATES**

to be electronically served in accordance with the United States District Court for the Southern District of California's electronic case filing procedures on the following person(s), who are currently on the list to receive e-mail notices for this case:

## Electronic Mail Notice List

Gabriel C. Vivas
**E-mail Address**: GVivas@cde.ca.gov
Ellen Dowd
**E-mail Address:** ellendowd@sbcglobal.net

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 23, 2008, at Los Angeles, California.

_____Angela Artiga_____          _____[signature]_____
        Declarant                         Signature

SA2008300685
50252922.wpd