IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency,**<br><br>Defendant. | Case No. 08 CV0226 W AJB<br><br>**ORDER** |

The Joint Motion of All Parties For a Continuance of the Early Neutral Evaluation and related briefing dates is GRANTED.

The Early Neutral Evaluation will be continued from May 5, 2008 to **May 27, 2008 at 10:00 a.m.** in the chambers of Judge Anthony J. Battaglia, U.S. Courts Building, 940 Front St., Room 1145, San Diego, California. The plaintiff's settlement brief will be due May 13, 2008 and defendants' settlement brief will be due May 20, 2008.

IT IS SO ORDERED.

DATED: April 23, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court