# CERTIFICATE OF SERVICE

Case Name: C.S., by and through his Conservator, Mary Struble v. California Department of Education

Case No.: 08 CV0226 W AJB

I declare:

On April 28, 2008, I electronically filed the following document(s):

**ANSWER OF DEFENDANT RON DIEDRICH, IN HIS OFFICIAL CAPACITY AS DIRECTOR AND CHIEF ADMINISTRATIVE LAW JUDGE OF THE STATE OF CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS**

to be electronically served in accordance with the United States District Court for the Southern District of California's electronic case filing procedures on the following person(s), who are currently on the list to receive e-mail notices for this case:

## Electronic Mail Notice List

Gabriel C. Vivas
**E-mail Address:** GVivas@cde.ca.gov
Ellen Dowd
**E-mail Address:** ellendowd@sbcglobal.net

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 28, 2008, at Los Angeles, California.

_____        _____
Angela Artiga                              Signature
Declarant

SA2008300685
AG Cert of Service USDC-SD No Paper Filers.wpd