Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360
Fax (858) 755-6348
ellendowd@sbcglobal.net

**Attorney for Plaintiff, C.S**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency, et al. <br> Defendant. | CASE NO.: 08 CV 0226 W (AJB) <br><br> PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER (Doc. 4) <br><br> [FRCP 59(e); CivLR 7.1(i)(1)] <br><br> Date: To Be Set <br> Time: To Be Set <br> Judge: Hon. Thomas J. Whelan |

**TO DEFENDANTS, CALIFORNIA DEPARTMENT OF EDUCATION ("CDE"), AND OFFICE OF ADMINISTRATIVE HEARINGS ("OAH"), AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, C.S. moves this Court for Reconsideration of its Order Denying Plaintiff's Application For Temporary Restraining Order issued on April 30, 2008.

This Motion For Reconsideration is brought pursuant to FRCP Rule 59 (e) and Local Rule CivLR 7.1(i)(1) on the basis that new facts exist which did not exist at the time of the prior Application For Temporary Restraining Order[1] and certain factors and arguments considered in denying the Temporary Restraining Order, are changed by the new facts.

This Motion For Reconsideration is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Request for Judicial Notice, the accompanying Declaration of Ellen Dowd, Esq. and all of the pleadings and papers in the Court's file, along with any documentary or oral evidence or argument as may be made at the time of hearing.

An *Ex Parte* Motion to Shorten Time (i.e., for an Order for an expedited Briefing Schedule), or, alternatively, for the Court to rule *sua sponte* on this Motion is concurrently filed herewith.

Dated: May 9, 2008

Respectfully submitted,

Ellen Dowd, Attorney for
Plaintiff, C.S.

---

[1] Based upon the Order Setting Briefing Schedule the Application For Temporary Restraining Order was heard an Application For Preliminary Injunction. For purposes of this Motion For Reconsideration, these terms are synonymous.