Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360
Fax (858) 755-6348
ellendowd@sbcglobal.net

**Attorney for Plaintiff, C.S**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency, et al.<br>   Defendant. | CASE NO.: 08 CV 0226 W (AJB)<br><br>DECLARATION OF ELLEN DOWD: PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER (Doc. 4)<br><br>[FRCP 59(e); CivLR 7.1(i)(1)]<br><br>Date: To Be Set<br>Time: To Be Set<br>Judge: Hon. Thomas J. Whelan |

I, Ellen Dowd, declare as follows:

1. I am an attorney admitted and in good standing in all of the state and federal Courts in the State of California, including this honorable court.

2. I am attorney of record for Plaintiff herein, and make this declaration on behalf of Plaintiff, and all others similarly situated, meanings disabled students and their parents who have, through a special education due process hearing before OAH's ALJs, obtained less than complete relief sought, as Plaintiff's Ex Parte Application for Order Shortening Time on Plaintiff's Motion For Reconsideration

of Order Denying Plaintiff's Application For Temporary Restraining Order (TRO), enjoining Defendant, "CDE" from renewing, awarding or otherwise contracting the Interagency Agreement for the provision of special education mediations and due process hearings for the term July 1, 2008-June 30, 2011 with OAH.

3. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

4. On March 9, 2008 Plaintiff timely filed a Motion For Reconsideration based upon new evidence.

5. The new evidence consists of an exchange of correspondence, amounting to two pages, with one document attached.

6. Plaintiff's Memorandum of Points and Authorities filed with the Motion For Reconsideration is 4 pages long.

7. As the Interagency Agreement entered for the period July 1, 2005- June 30, 2008 is currently being negotiated between OAH and CDE, time is of the essence in preserving the status quo.

8. Additionally, advocates and attorneys representing disabled students are meeting with Mary Hudler, CDE's liaison to U.S. Department of Education on May 23, 2008. The status of the TRO, among other things will be reviewed during that meeting.

9. In the event that the Court does not rule on this motion *sua sponte*, Plaintiff respectfully requests an expedited Briefing Schedule.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 9, 2008 at San Diego, California.

_____
Ellen Dowd