<u>**PROOF OF SERVICE**</u>

<u>**C.S. v. CALIFORNIA DEPARTMENT OF EDUCATION, et al.**</u>
<u>**08 CV 0226 W (AJB)**</u>

STATE OF CALIFORNIA   )
COUNTY OF SAN DIEGO  )

    I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014.

    On May 9, 2008 I caused to be served the foregoing documents described as Plaintiff's Notice of Motion And Motion For Reconsideration Of Order Denying Plaintiff's Application For Temporary Restraining Order; Memorandum of Points and Authorities; Request for Judicial Notice, and Declarations of Ellen Dowd, Esq., in Support of Motion For Reconsideration, and For Ex Parte Application For Order Shortening Time; **USDC, SDCA Case No. 08 CV 0226 W (AJB)**, on all interested parties in this action as follows:

Gabriel Vivas, Esq.
California Department of Education

Susan Leach, Esq.
Deputy Attorney General for the State of California

  __X__   BY e-mail transmission the persons at the e-mail address above, and no error was reported in the transmission, and I received a confirmation transmission.

    Executed on May 9, 2008 at San Diego, California.

__XX__   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__Ellen Dowd__

*/s/ Ellen Dowd*
Signature