FILED
2008 MAY 13 AM 11:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S. et. al.,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, et. al.,<br><br>　　　　　　　Defendants. | CASE NO. 08-CV-0226 W (AJB)<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR RECONSIDERATION |

On April 30, 2008 this Court denied Plaintiff C.S.'s ("Plaintiff") application for temporary restraining order to enjoin a contract between Defendant California Department of Education ("CDE") and Defendant Office of Administrative Hearings ("OAH"). (Doc. No. 47.) On May 9, 2008 Plaintiff moved for reconsideration of the Court's order, alleging "new evidence." (*Ellen Dowd Decl.* ¶¶ 4–5.) Plaintiff also requested that this motion for reconsideration be heard on a shortened briefing schedule. (Doc. No. 48.)

Good cause appearing, the Court **GRANTS** Plaintiff's request for a shortened briefing schedule. Plaintiff's motion for reconsideration shall be heard as follows:

　　1.　　Plaintiff's motion shall be set for hearing on **June 2, 2008**. Unless otherwise notified, the Court shall take the matter under submission and without oral argument. See S.D. Cal. Civ. R. 7.1(d)(1).

2. Defendant's Opposition brief shall be filed and served no later than **Friday, May 23, 2008**.

3. Plaintiff's Reply brief, should he decide to file one, shall be filed and served no later than **Wednesday, May 28, 2008**.

**IT IS SO ORDERED.**

Dated: May 12, 2008

Hon. THOMAS J. WHELAN
United States District Court
Southern District of California