# CERTIFICATE OF SERVICE

Case Name: C.S., by and through his Conservator, Mary Struble v. California Department of Education

Case No.: 08 CV0226 W AJB

I declare:

On May 23, 2008, I electronically filed the following document(s):

**OPPOSITION TO MOTION FOR RECONSIDERATION BY DEFENDANT RON DIEDRICH, IN HIS OFFICIAL CAPACITY AS DIRECTOR AND CHIEF ADMINISTRATIVE LAW JUDGE OF THE STATE OF CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

Ellen Dowd, Esq.
658 Del Mar Heights Road #228
Del Mar, California 92014
Attorney for Plaintiffs
**E-mail Address:** ellendowd@sbcglobal.net

Gabriel C. Vivas, Deputy General Counsel
Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Attorney for Defendant, California Department of Education
**E-mail Address:** GVivas@cde.ca.gov

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 23, 2008, at Los Angeles, California.

Angela Artiga
Declarant

_Signature_

SA2008300685
50266411.wpd