cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator; MARY STRUBLE,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION; DIRECTOR RON DIEDICH, in his official capacity,<br><br>　　　　　　　Defendants. | Civil No.08cv0226 W (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On May 27, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Ellen Dowd, Esq. And Mary Struble on behalf of plaintiff; Susan Leach, Esq. And Gabriel Vivas, Esq. On behalf of defendant.

The case did not settle at the conference. Legal issues predominate, and litigation needs to proceed.

The parties await the ruling on the motion to reconsider the denial of the application for a TRO.

To move the case forward, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed before *June 16, 2008*;

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *June 30, 2008*;

3. Counsel's requirement to lodge a discovery plan is hereby waived*;* and,

4. Counsel are ordered to appear ***by phone on July 14, 2008 at 11:00 a.m.*** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Counsel for plaintiff shall initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: May 28, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court