# PROOF OF SERVICE

## C.S. v. CALIFORNIA DEPARTMENT OF EDUCATION, et al.
## 08 CV 0226 W (AJB)

STATE OF CALIFORNIA )
COUNTY OF SAN DIEGO )

    I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014.

    On May 28, 2008 I caused to be served the foregoing documents described as Plaintiff's Reply Memorandum of Points and Authorities to Defendants' Opposition to motion For Reconsideration of Plaintiff's Application For Temporary Restraining Order; USDC, SDCA Case No. 08 CV 0226 W (AJB), on all interested parties in this action as follows:

Gabriel Vivas, Esq.
California Department of Education

Susan Leach, Esq.
Deputy Attorney General for the State of California

  __X__ BY e-mail transmission the persons at the e-mail address above, and no error was reported in the transmission, and I received a confirmation transmission.

Executed on May 28, 2008 at San Diego, California.

__XX__ (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____Ellen Dowd_____  

_____
Signature