Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360
Fax (858) 755-6348
ellendowd@sbcglobal.net

**Attorney for Plaintiff, C.S.**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency, et al.<br>Defendant. | CASE NO.: 08 CV 0226 W (AJB)<br><br>PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE JOINT MOTION UPON STIPULATION FOR DISMISSAL<br><br>Case Management Conference Date: July 14, 2008<br>Time: 11:00 a.m.<br>Magistrate Judge: Hon. Anthony J. Battaglia |

Plaintiff filed this action on behalf of a class of disabled students and their parents on February 5, 2008 for Permanent Injunction and Temporary Restraining Order pursuant to FRCP Rule 65 enjoining CDE from "renewing or otherwise awarding the Interagency Agreement effective July 1, 2008 to OAH."

On June 13, 2008, counsel for all parties herein participated in a Rule 26 (f) Conference. On that date, it was disclosed that the Interagency Agreement scheduled to go into effect on July 1, 2008 was in the process of being executed by CDE and OAH.

Counsel for the parties discussed options of Plaintiff requesting leave to amend the Class Action Complaint, or dismissal of the Class Action Complaint due to mootness. Counsel agreed to execute a Joint Motion Upon Stipulation For Dismissal With Prejudice of the Complaint For Permanent Injunction upon the signing and approval of the Interagency Agreement.

On July 27, 2008 counsel for the parties learned that the Interagency Agreement has been signed by CDE and OAH, and had been approved by the Department of General Services. Plaintiff can no longer obtain the relief requested, as this relief is moot.

Therefore, Plaintiff respectfully requests that in lieu of the initial disclosure pursuant to Rule 26(a)(1)(A)-(D), which is due on June 30, 2008, the parties be allowed to file the Joint Motion Upon Stipulation For Dismissal With Prejudice Of Complaint For Permanent Injunction on or by the extended date of July 7, 2008.

Dated: June 27, 2008

Respectfully submitted,

*Ellen Dowd*
Ellen Dowd, Attorney for Plaintiff, C.S.