cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator; MARY STRUBLE,<br><br>    Plaintiff,<br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION; DIRECTOR RON DIEDICH, in his official capacity,<br><br>    Defendants. | Civil No.08cv0226 W (AJB)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE A DISMISSAL, VACATING THE CASE MANAGEMENT CONFERENCE AND SETTING A SETTLEMENT DISPOSITION CONFERENCE |

In light of the request by plaintiff in the above entitled action, the Court hereby vacates the July 14, 2008 Case Management Conference and schedules a telephonic Settlement Disposition Conference on ***July 25, 2008 at 10:30 a.m.*** Counsel for plaintiff shall initiate the conference call.

The conference will go forward unless a joint motion for dismissal has been submitted for Judge Whelan's signature and Judge Battaglia's chambers so notified prior to the conference.

IT IS SO ORDERED.

DATED: June 30, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court