# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, a State Agency, et al.,<br><br>Defendants. | CASE NO.: 08 CV 0226 W (AJB)<br><br>JOINT MOTION UPON STIPULATION FOR DISMISSAL WITH PREJUDICE OF COMPLAINT FOR PERMANENT INJUNCTION AND PROPOSED ORDER THEREON<br><br>Hearing Date:<br>Judge: Honorable Thomas J. Whelan |

The parties hereto, by and through their respective attorneys, have agreed to and jointly move for an Order of Dismissal With Prejudice of Plaintiff's Class Action Complaint For Permanent Injunction and Temporary Restraining Order filed on February 5, 2008 pursuant to FRCP Rule 65 ("the Class Action").

This motion is made upon stipulation of the parties due to the execution of a new Interagency Agreement between CDE and OAH effective July 1, 2008, the relief sought in Plaintiff's prayer of "enjoining CDE from renewing or awarding the Interagency Agreement effective July 1, 2008 to OAH" the Class Action is moot.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared stipulate that the Class Action is moot and should be dismissed with prejudice.

IT SO STIPULATED.

DATED: _____

EDMUND G. BROWN, JR.
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: _____
SUSAN K. LEACH, Attorneys for Defendant, Ronald Diedrich, in his official capacity as Director and Chief Administrative Officer of the State of California Office of Administrative Hearings (OAH)

DATED: 7/8/08

MARSHA A. BEDWELL, GENERAL COUNSEL CALIFORNIA DEPARTMENT OF EDUCATION

By: _____
GABRIEL C. VIVAS, Attorneys for Defendant, CDE

DATED: 7/8/08

_____
ELLEN DOWD, Attorney for Plaintiff, C.S.