**FILED**
JUL - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., by and through his Conservator, MARY STRUBLE, on behalf of himself and all others similarly situated,,<br><br>Plaintiff,<br>vs.<br>CALIFORNIA DEPARTMENT OF EDUCATION, et. al.,<br><br>Defendants. | CASE NO. 08-CV-0226 W (AJB)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE (Doc. No. 64) |

On February 5, 2008 Plaintiff C.S. ("Plaintiff") filed this action seeking to enjoin a new contract between Defendant California Department of Education ("CDE") and Defendant Office of Administrative Hearings ("OAH"). (Doc. No. 1.) On April 30, 2008 the Court denied Plaintiff's application for temporary restraining order. (Doc. No. 47.) On July 8, 2008 all parties filed a joint motion to dismiss this case with prejudice, stipulating that a new contract had been signed between CDE and OAH, which rendered this action moot. (Doc. No. 64.) Good cause showing, the Court **GRANTS** the parties' joint motion and **DISMISSES WITH PREJUDICE** Plaintiff's action.

IT IS SO ORDERED.

Dated: July 9, 2008

Hon. THOMAS J. WHELAN
United States District Court
Southern District of California